UNITED STATES DISTRICT COURT
DISTRICT OF MINNEAPOLIS

Julie Delgado-O'Neil,

    Plaintiff,

v.

City of Minneapolis,
and Susan Segal, in her
individual capacity,

    Defendant.

ORDER
Civil No. 08-4924(MJD/JJK)

_____

The above-entitled matter comes before the Court upon Plaintiff's objection to the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 3, 2009.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court will adopt the Report and Recommendation dated December 3, 2009.

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss the Section 1983 Claims [Doc. No. 15] is GRANTED;

2. Plaintiff's Claims pursuant to 42 U.S.C. § 1983 are hereby

DISMISSED WITH PREJUDICE.


Date: January 20, 2010

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court


Civil No. 08-4924