UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Julie Delgado-O'Neil,

    Plaintiff,

v.                          **ORDER**
                             Civil No. 08-4924(MJD/JJK)

City of Minneapolis,

    Defendant.
_____

    Jill Clark, Jill Clark P.A., Attorney at Law, Counsel for Plaintiff.

    Susan E. Ellingstad and David D. Leishman, Lockridge Grindal Nauen P.L.L.P., Counsel for Defendant.
_____

    Pursuant to the Order of this Court dated August 4, 2010, this Court granted Defendant's motion for summary judgment and dismissed Plaintiff's claims with prejudice. Subsequently, Plaintiff filed a motion to Vacate Judgment and for Other Relief [Doc. No. 163]. As is custom, the Court requested Defendant to submit a responsive brief. It is the Court's understanding that such brief will be filed this day, September 10, 2010. Once the Court receives Defendant's responsive brief, the Court will either rule on the briefs, or will schedule a hearing.

1

The Court is aware that counsel for Plaintiff has been communicating with staff, and in one such e-mail, asserted unfounded accusations of improper conduct by the Court. (See attached.)

IT IS HEREBY ORDERED that counsel shall cease sending inappropriate e-mail communications to staff in this or any matter pending before the Court.

Date: September 10, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court